Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:    949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYMAN MOUSA,<br><br>            Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>            Defendant. | Case No. 8:16-cv-00807 JVS (DFMx)<br><br>Hon. James V. Selna<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Ayman Mousa's claims against Defendant Experian Information Solutions, Inc., and this entire action, are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated:  September 08, 2016

HON. JAMES V. SELNA
United States District Judge